## Commonwealth *v.* Southern Surety Company (et al., Appellant).

OPINION BY MR. JUSTICE LINN, June 26, 1936:

In accordance with the stipulation and agreement of counsel that a similar judgment may be entered in the appeal of this case as is ordered in the case of Commonwealth of Pennsylvania v. Globe Indemnity Company, the judgment is affirmed.

## Commonwealth *v.* Fidelity and Deposit Company of Maryland, Appellant.

OPINION BY MR. JUSTICE LINN, June 26, 1936:

In accordance with the stipulation and agreement of counsel that a similar judgment may be entered in the appeal of this case as is ordered in the case of Commonwealth of Pennsylvania v. Globe Indemnity Company, the judgment is affirmed.